IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JUN 1 4 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| ERIC C. SANDERS AND CARRIE L. SANDERS<br>　　　　Plaintiffs,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, COLONIAL LIFE AND ACCIDENT INSURANCE COMPANY AND VANGUARD HEALTH MANAGEMENT, INC.<br>　　　　Defendants. | §<br>§<br>§<br>§<br>§ C.A. No.<br>§ SA06CA0514 FB<br>§<br>§<br>§<br>§<br>§<br>§ |

## DEFENDANTS' DISCLOSURE STATEMENT

Defendant Colonial Life & Accident Insurance Company ("Colonial"), pursuant to Federal Rule of Civil Procedure 7.1, states that it is a wholly-owned subsidiary of Colonial Companies, Inc., which is a wholly-owned subsidiary of UnumProvident Corporation, a publicly traded company.

Defendant Unum Life Insurance Company of America, pursuant to Federal Rule of Civil Procedure 7.1, states that it is a wholly owned subsidiary of UnumProvident Corporation, a publicly traded company.

Respectfully submitted,

FIGARI & DAVENPORT, L.L.P.

By: _____
Monica L. Luebker
State Bar No. 12670750
Melinda Scissors Conley
State Bar No. 24047560

3400 Bank of America Plaza
901 Main Street
Dallas, Texas 75202
(214) 939-2000
(214) 939-2090 (FAX)

ATTORNEYS FOR DEFENDANT
COLONIAL LIFE AND ACCIDENT
INSURANCE COMPANY


FIGARI & DAVENPORT, L.L.P.

By: _____
Doug K. Butler
State Bar No. 03516050

3400 Bank of America Plaza
901 Main Street
Dallas, Texas 75202
(214) 939-2000
(214) 939-2090 (FAX)

ATTORNEY FOR DEFENDANTS
UNUM LIFE INSURANCE COMPANY
AND VANGUARD HEALTH
MANAGEMENT, INC.

## CERTIFICATE OF SERVICE

  This is to certify that a true and correct copy of the foregoing document has been served via certified mail, return receipt requested, to Charles Riley, The Law Offices of Darby Riley, 320 Lexington Ave., San Antonio, Texas 78215-1913 on the _13_ day of June, 2006.

                  _____
                  Monica L. Luebker