IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ERIC C. SANDERS AND CARRIE L. SANDERS | § § | |
| Plaintiffs, | § § § | |
| v. | § | C.A. No. SA-06-CA-0514 FB |
| | § | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, COLONIAL LIFE AND ACCIDENT INSURANCE COMPANY AND VANGUARD HEALTH MANAGEMENT, INC. Defendants. | § § § § § § § | |

## DEFENDANTS UNUM LIFE INSURANCE COMPANY OF AMERICA AND VANGUARD HEALTH MANAGEMENT, INC.'S AMENDED DISCLOSURE STATEMENT

Defendants Unum Life Insurance Company of America ("Unum Life"), pursuant to Federal Rule of Civil Procedure 7.1, states that it is a wholly-owned subsidiary of UnumProvident Corporation, a publicly traded company.

Defendant Vanguard Health Management, Inc., pursuant to Federal Rules of Civil Procedure 7.1, states that it has no parent corporation and there is no publicly traded corporation that owns 10% or more of its stock.

Respectfully submitted,

By: _____
    Doug K. Butler
    State Bar No. 03516050
    Amanda D. Sotak
    State Bar No. 24037530

FIGARI & DAVENPORT, L.L.P.
3400 Bank of America Plaza
901 Main Street
Dallas, Texas 75202
(214) 939-2000
(214) 939-2090 (FAX)

ATTORNEY FOR DEFENDANTS
UNUM LIFE INSURANCE COMPANY
AND VANGUARD HEALTH
MANAGEMENT, INC.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served via certified mail, return receipt requested, to Charles Riley, The Law Offices of Darby Riley, 320 Lexington Ave., San Antonio, Texas 78215-1913 on the 23rd day of June, 2006.

_____
Doug K. Butler