IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ERIC C. SANDERS AND CARRIE L. SANDERS | § § § | |
| Plaintiffs, | § § | |
| v. | § § | C.A. No. SA06CA0514FB |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, COLONIAL LIFE AND ACCIDENT INSURANCE COMPANY AND VANGUARD HEALTH MANAGEMENT, INC. Defendants. | § § § § § § § | |

**MOTION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT
COLONIAL LIFE AND ACCIDENT INSURANCE COMPANY**

Plaintiffs Eric C. Sanders and Carrie L. Sanders ("Plaintiffs") and Defendant Colonial Life and Accident Insurance Company ("Colonial"), by and through their counsel, announce to the Court that the matters in controversy herein have been settled and that the consideration therefore has been paid in full and received. In accordance with the Settlement Agreement and Release executed by the parties, the parties stipulate as follows:

1. That all claims, demands, debts, or causes of action asserted or assertable herein by Plaintiffs against Colonial be DISMISSED WITH PREJUDICE;

2. That all claims, demand, debts, or causes of action asserted or assertable herein by Colonial against Plaintiffs be DISMISSED WITH PREJUDICE; and

3. That all attorneys' fees and court costs be taxed against the party incurring them.

STIPULATED TO AND APPROVED BY:

**THE LAW OFFICES OF DARBY RILEY**

By: _____
     Charles Riley

320 Lexington Ave.
San Antonio, TX 78215-1913
(210) 225-7236
(210) 227-7907 (telecopy)

ATTORNEY FOR PLAINTIFFS

**FIGARI & DAVENPORT, L.L.P.**

By: _____
     Monica L. Luebker

3400 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas 75202-3796
(214) 939-2000
(214) 939-2090 (telecopy)

ATTORNEYS FOR DEFENDANT
COLONIAL LIFE AND ACCIDENT
INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ERIC C. SANDERS AND CARRIE L. SANDERS | § § § | |
| Plaintiffs, | § § | |
| v. | § § | C.A. No. SA06CA0514FB |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, COLONIAL LIFE AND ACCIDENT INSURANCE COMPANY AND VANGUARD HEALTH MANAGEMENT, INC. | § § § § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT COLONIAL LIFE AND ACCIDENT INSURANCE COMPANY

The parties have announced to the Court that the matters in controversy herein have been settled and that the consideration therefore has been paid in full and received. In accordance with the stipulation for dismissal with prejudice signed by counsel for the parties, it is

ORDERED that all claims, demands, debts, or causes of action asserted or assertable herein by Plaintiffs against Colonial Life and Accident Insurance Company be DISMISSED WITH PREJUDICE; it is further

ORDERED that all claims, demands, debts, or causes of action asserted or assertable herein by Colonial Life and Accident Insurance Company against Plaintiffs be DISMISSED WITH PREJUDICE; it is further

ORDERED that all attorneys' fees and court costs be taxed against the party incurring them.

SIGNED this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT
COLONIAL LIFE AND ACCIDENT INSURANCE COMPANY - Page 2

AGREED AND APPROVED:

**THE LAW OFFICES OF DARBY RILEY**

By: _____
     Charles Riley

320 Lexington Ave.
San Antonio, TX 78215-1913
(210) 225-7236
(210) 227-7907 (telecopy)

ATTORNEY FOR PLAINTIFFS


**FIGARI & DAVENPORT, L.L.P.**

By: _____
     Monica L. Luebker

3400 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas 75202-3796
(214) 939-2000
(214) 939-2090 (telecopy)

ATTORNEYS FOR DEFENDANT
COLONIAL LIFE AND ACCIDENT
INSURANCE COMPANY