IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

ERIC C. SANDERS, and )
CARRIE L. SANDERS, )
                                         )
        Plaintiffs, )
                                         )
vs. )   CIVIL ACTION NO. SA-06-CA-0514-FB
                                         )
UNUM LIFE INSURANCE COMPANY )
OF AMERICA, and VANGUARD )
HEALTH MANAGEMENT, INC.,[1] )
                                         )
        Defendants. )

## JUDGMENT

The Court considered the Judgment to be entered in the above-styled and numbered cause. Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge signed this date,

IT IS ORDERED, ADJUDGED and DECREED that the Report and Recommendation of the United States Magistrate Judge (docket no. 29) is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that plaintiffs' amended motion for summary judgment (docket no. 25) is DENIED and defendants' cross-motion for summary judgment (docket no. 18) is GRANTED such that the Sanders' claims are DISMISSED.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the above-styled and numbered cause is DISMISSED WITH PREJUDICE. Motions pending with the Court, if any, are dismissed as moot.

It is so ORDERED.

SIGNED this _31st_ day of August, 2007.

                                                            FRED BIERY
                                                            UNITED STATES DISTRICT JUDGE

---

[1] An Order of Dismissal With Prejudice as to Defendant Colonial Life and Accident Insurance Company (docket no. 7) was filed on July 24, 2006.