IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ERIC C. SANDERS, and<br>CARRIE L. SANDERS,<br><br>  Plaintiffs,<br><br>VS.<br><br>UNUM LIFE INSURANCE COMPANY<br>OF AMERICA, COLONIAL LIFE AND<br>ACCIDENT INSURANCE COMPANY,<br>And VANGUARD HEALTH<br>MANAGEMENT, INC.,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. SA-06-CA-0514-FB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEAL

Notice is hereby given that Eric C. Sanders and Carrie L. Sanders, Plaintiffs, in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from an Order Accepting Report and Recommendation of the United States Magistrate Judge entered in this action on the 31st day of August 2007.

Respectfully submitted,

_____
DARBY RILEY
Attorney at Law
320 Lexington Ave.
San Antonio, Texas 78215-1913
(210) 225-7236
(210) 227-7907 Telecopier
SBN 16924400

## CERTIFICATE OF SERVICE

The undersigned hereby certified that a true and correct copy of the foregoing has been sent by telecopier to Amanda Sotak, Doug K. Butler, FIGARI & DAVENPORT, 3400 Bank of America Plaza, 901 Main Street, Dallas, Texas 75202-3796 on the 1st day of October 2007.

_____
DARBY RILEY